No. 807. The People, Plaintiff and Respondent, *v.* Saldaña, Defendant and Appellant.—Seduction. San Juan, Section 2. March 20, 1915. *Judgment affirmed.*

No. 1260. Chavarría, Plaintiff and Appellant, *v.* Purdy & Henderson, Inc., Defendant and Respondent.—Damages. Ponce. March 23, 1915. *Appeal withdrawn.*

No. 809. The People, Plaintiff and Respondent, *v.* Torres, Defendant and Appellant.—Violation of the Law of Sanitation. San Juan, Section 2. March 23, 1915. *Judgment affirmed.*

No. 1301. Oppenheimer, Alders & Co., Plaintiffs and Respondents, *v.* Virella, Alvarez & Co., Defendants and Appellants.—Action of debt. San Juan, Section 1. March 24, 1915. *Appeal dismissed.*

No. 1305. García, Plaintiff and Appellant, *v.* Rodríguez, Defendant and Respondent.—Filiation. Ponce. March 29, 1915. *Appeal dismissed.*

No. 1307. Mercader, Plaintiff and Appellant, *v.* Pacheco, Defendant and Respondent.—Divorce. Mayagüez. March 30, 1915. *Appeal dismissed.*

No. 791. The People, Plaintiff and Respondent, *v.* Pagán, Defendant and Appellant.—Aggravated assault and battery. Arecibo. March 31, 1915. *Judgment affirmed.*

No. 808. The People, Plaintiff and Respondent, *v.* García, Defendant and Appellant.—Aggravated assault and battery. Guayama. March 31, 1915. *Judgment affirmed.*